IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3105-6 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| GAILYN BASS, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant previously filed a document by which he sought to set aside and vacate his conviction and sentence. (Filing 372.) That document sought other relief as well. In a November 6, 2006 order, I denied the other relief, directed the Clerk of the United States District Court for the District of Nebraska to mail a copy of the form for section 2255 motions to the defendant, and advised the defendant to file a proper 2255 motion on the form provided by the Clerk. (Filing 379.) The defendant has submitted no filings since November 6, 2006. I will order the defendant to file a 2255 motion on the form provided by the Clerk by February 1, 2007 if he intends to pursue relief under 28 U.S.C. § 2255. If no such motion is timely filed, the request to set aside and vacate sentence contained in filing 372 will be denied without further notice.

IT IS ORDERED:

1. If the defendant intends to pursue relief under 28 U.S.C. § 2255, he shall file a proper motion on the form previously provided by the Clerk **on or before February 1, 2007**; and

2. In the absence of compliance with this order, the request to set aside and vacate sentence contained in filing 372 will be denied without further notice.

December 27, 2006            BY THE COURT:

*s/Richard G. Kopf*
United States District Judge