IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3105 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| GAILYN BASS, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum and order entered this date,

JUDGMENT is entered for the United States of America and against Gailyn Bass providing that the defendant shall take nothing and Bass's motions pursuant to 28 U.S.C. § 2255 seeking to set aside his conviction and sentence are denied and dismissed with prejudice.

April 3, 2007.                                    BY THE COURT:


                                                 *s/Richard G. Kopf*
                                                 United States District Judge