IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3105 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| GAILYN BASS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before me upon Defendant's Fed. R. Civ. P. 59(e) motion for reconsideration of this Court's April 3, 2007 order and judgment denying his motions filed under 28 U.S.C. § 2255. (Filing 392.) The motion suggests that this Court failed to consider the affidavit he submitted in support of his § 2255 motions (filing 386), which Defendant has resubmitted in support of his motion for reconsideration (filing 393). This Court did consider that affidavit when denying the § 2255 motions, and the motion for reconsideration will be denied.

IT IS ORDERED that the motion for reconsideration (filing 392) is denied.

April 3, 2007.                          BY THE COURT:

                                        *s/Richard G. Kopf*
                                        United States District Judge