IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3105 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| GAILYN BASS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon the defendant's "Motion to Extend Time For Which To File Certificate of Appealability: Pro Se" (filing 411).  I will deny the motion.

IT IS ORDERED that the "Motion to Extend Time For Which To File Certificate of Appealability: Pro Se" (filing 411) is denied.

July 18, 2007

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge