IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3105-6 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| GAILYN BASS, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's motion to oppose the government's motion to destroy defendant's exhibits (filing 415) is denied.

August 1, 2007.	BY THE COURT:

                                                        s/ *Richard G. Kopf*
                                                        United States District Judge