IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:01CR3105-6 |
| V. | ) | |
| GAILYN BASS, | ) | ORDER |
| Defendant. | ) | |

    To clarify the record, the defendant has been released. Moreover, he is not entitled to a reduction under Amendment 782 because of an earlier reduction.

    IT IS SO ORDERED. The Clerk shall provide notice of this order to AUSA John Higgins, FPD David Stickman, and USPO Sandra Foster.

    DATED this 13th day of October, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge