IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>GAILYN BASS,<br><br>　　　　　　　Defendant. | 4:01CR3105<br><br>ORDER |

Defendant hereby states Defendant:

1) has read, reviewed, and understands the pending Amended Petition for Violation of Supervised Release;

2) has consulted with counsel regarding the pending charges;

3) waives the right to an initial appearance on the Amended Petition for Violation of Supervised Release; and

4) pursuant to 28 USC § 1746, Defendant declares under penalty of perjury:

　　I have read the statements contained within this document, the statements are true, and they are hereby knowingly, intelligently, and voluntarily presented to the court in support of Defendant's request to waive the right to an initial appearance on the pending charges.

Dated: 2/3/17

_____
Defendant

Dated: 2/14/17

_____
Defense Counsel

IT IS ORDERED:

The Defendant's waiver of initial appearance is hereby accepted and approved.

Dated: 2/14/2017

_____
United States Magistrate Judge